Chief Justice CASTILLE joins this Dissenting Statement.

## CITY OF PHILADELPHIA

v.

## WORKERS COMPENSATION APPEAL BOARD (KRIEBEL).

### Petition of Patricia Kriebel.

Supreme Court of Pennsylvania.

Sept. 9, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 9th day of September, 2010, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the following issue:

Whether the Commonwealth Court's decision to reverse the decision of the Workers' Compensation Appeal Board and reinstate the decision of the Workers' Compensation Judge is supported by substantial competent evidence, given (1) the rebuttable statutory presumption, under Section 301(e) of the Workers' Compensation Act, that Decedent's occupational disease, *i.e.,* hepatitis C, arose out of and in the course of his employment as a firefighter; and (2) the absence of any evidence establishing that Decedent was an intravenous drug user, shared needles, and/or came in contact with contaminated needles.

## Albert Lee KING, Appellant

v.

## PA. DEPARTMENT OF CORRECTIONS, PA. Department of Probation and Parole, Appellees.

Supreme Court of Pennsylvania.

Sept. 29, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of September, 2010, the order of the Commonwealth Court is hereby **AFFIRMED.**

Jurisdiction relinquished.